UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-194M |
| v. ) | |
| ) | |
| JERON MARK HANSON, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |

Offense charged:

    Violations of Conditions of Pretrial Release — District of Montana.

Date of Detention Hearing:   April 28th, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The Pretrial Services Report dated April 28, 2005, indicates the defendant has violated his condition of pretrial release by incurring new criminal charges for attempting to bribe a U.S. Pretrial Services employee, removing his electronic monitoring device, and leaving his residence without permission. In addition, defendant has provided the Court with false

01 information as to his identity, using an alias name as well as his brother's background information.

02 (2) There appear to be no conditions or combination of conditions that will reasonably
03 assure the defendant's appearance at future Court hearings.

04 IT IS THEREFORE ORDERED:

05 (1) Defendant shall be detained pending trial and committed to the custody of the
06 Attorney General for confinement in a correction facility separate, to the extent
07 practicable, from persons awaiting or serving sentences or being held in custody
08 pending appeal;

09 (2) Defendant shall be afforded reasonable opportunity for private consultation with
10 counsel;

11 (3) On order of a court of the United States or on request of an attorney for the
12 government, the person in charge of the corrections facility in which defendant is
13 confined shall deliver the defendant to a United States Marshal for the purpose of
14 an appearance in connection with a court proceeding; and

15 (4) The Clerk shall direct copies of this Order to counsel for the United States, to
16 counsel for the defendant, to the United States Marshal, and to the United States
17 Pretrial Services Officer.

18 DATED this 29th day of April, 2005.

19
20
21 s/ JAMES P. DONOHUE
United States Magistrate Judge